

# NUMBER 13-22-00006-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **SOMER RACHELLE NESLONEY,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 36th District Court
### of Aransas County, Texas.

# ORDER OF ABATEMENT

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

The cause is before the Court on appellant's motion for leave and time extension to file appellant's brief. However, on February 15, 2022, the Clerk of the Court notified appellant's counsel that it appears there is no final, appealable order in this matter. Appellant's counsel was given thirty days to correct the defect, if it could be done. Appellant's counsel has failed to correct the defect and has not filed any response to the clerk's notice.

Accordingly, we carry appellant's motion, abate the appeal, and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a response regarding the defect in the notice of appeal and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines appellant does want to continue the appeal, present counsel should be removed, and appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be filed in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
27th day of April, 2022.

2